| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Ave<br>Vineland, NJ 08360<br>856-696-8300<br>856-696-3586<br>Attorney for Debtor(s)<br>Kborger@seymourlaw.net | |
| In Re:<br><br>Daneen Winchester | Case No.:  14-10034<br><br>Judge:  ABA<br><br>Chapter:  13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION FOR RELIEF

The debtor in the above captioned chapter 13 proceeding hereby objects to the following

1. Motion for Relief from Stay
   By  Stonegate Mortgage Corp.  , creditor

2. I am objecting to the above for the following reasons:

I believe that payments have been made which have not been accurately reflected.

I am getting proof of those payments to my attorney.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 7/28/2017                                              /s/ Daneen Winchester
                                                             Debtor's Signature