# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Daneen Winchester

Case No.: 14-10034

Hearing Date: August 29, 2017

Chapter: 13

Judge: ABA

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Objection to Creditor's Certification of Default

**Location of Hearing:** Courtroom No. 4-B
United States Court House
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** August 29, 2017 at 10:00, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: July 31, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 31, 2017 this notice was served on the following: Debtor, Attorney for Debtor, Attorney for Creditor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Daneen Winchester  
    Debtor

Case No. 14-10034-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 31, 2017  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.  
db         +Daneen Winchester,    2102 E Oak Rd Unit L4,    Vineland, NJ 08361-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corp. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
      John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
      Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corp. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corp. kbo@kkmllp.com,  nmm@kkmllp.com  
      Karen B. Olson    on behalf of Creditor    Home Point Financial f/k/a Stonegate Mortgage kbo@kkmllp.com,  nmm@kkmllp.com  
      Nona Ostrove    on behalf of Creditor    Kings Crossing Condominium Association nostrove@ostrovelaw.com  
      Robert L. Saldutti    on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A. rsaldutti@salduticollect.com,  lmarciano@salduticollect.com;kcollins@slgcollect.com  
      Seymour Wasserstrum    on behalf of Debtor Daneen Winchester mylawyer7@aol.com, ecf@seymourlaw.net  
                                                                                                       TOTAL: 11