| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Karen B. Olson, Esq. Knuckles, Komosinski & Manfro, LLP 565 Taxter Road, Suite 590 Elmsford, NY 10523 Phone: (914) 345-3020 Fax: (914)992-9154 kbo@kkmllp.com | Order Filed on September 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: Daneen Winchester | Case No.: 14-10034-ABA Chapter: 13 Hearing Date: Judge: Andrew B. Altenburg Jr. |

### EX-PARTE ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

DATED: September 19, 2017

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

UPON THE Affidavit of Non-Compliance of Home Point Financial fka Stonegate Mortgage Corp. ("Movant") dated _____ seeking termination of the automatic stay with respect to its interest in the real property commonly known as 2102 E Oak Rd Unit L4 Vineland, NJ 08361 (the "Premises"), and pursuant to the instructions prescribed in the Consent Order entered October 22, 2014 and after due deliberation and with good cause appearing therefore, it is hereby

ORDERED that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

√ Real property more fully described as:

2102 E Oak Rd Unit L4 Vineland, NJ 08361

___ Personal property more fully described as:

ORDERED that Movant is permitted to engage in loss mitigation activity with the Debtor, including short payoff, short sale, and the obtaining of a deed in lieu of foreclosure; and it is further

ORDERED, that the Debtor is directed to pay to Movant, $250.00 attorney fees incurred for filing the within Affidavit; and it is further

ORDERED, that the Rule 4001(a) 14-day stay of execution of this order is hereby waived; and it is further

ORDERED that this order shall survive any conversion; and it is further

ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.