| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Manfro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>Phone: (914) 345-3020<br>Fax: (914)992-9154<br>kbo@kkmllp.com | Order Filed on September 19, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>Daneen Winchester | Case No.:     14-10034-ABA<br>Chapter:      13<br>Hearing Date:<br>Judge:        Andrew B. Altenburg Jr. |

## EX-PARTE ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: September 19, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

UPON THE Affidavit of Non-Compliance of Home Point Financial fka Stonegate Mortgage Corp. ("Movant") dated _____ seeking termination of the automatic stay with respect to its interest in the real property commonly known as 2102 E Oak Rd Unit L4 Vineland, NJ 08361 (the "Premises"), and pursuant to the instructions prescribed in the Consent Order entered October 22, 2014 and after due deliberation and with good cause appearing therefore, it is hereby

ORDERED that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

√ Real property more fully described as:

2102 E Oak Rd Unit L4 Vineland, NJ 08361

___ Personal property more fully described as:

ORDERED that Movant is permitted to engage in loss mitigation activity with the Debtor, including short payoff, short sale, and the obtaining of a deed in lieu of foreclosure; and it is further

ORDERED, that the Debtor is directed to pay to Movant, $250.00 attorney fees incurred for filing the within Affidavit; and it is further

ORDERED, that the Rule 4001(a) 14-day stay of execution of this order is hereby waived; and it is further

ORDERED that this order shall survive any conversion; and it is further

ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 14-10034-ABA
Daneen Winchester                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2017
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2017.
db              +Daneen Winchester,    2102 E Oak Rd Unit L4,    Vineland, NJ 08361-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corp. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corp. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corp. kbo@kkmllp.com,    nmm@kkmllp.com
              Karen B. Olson    on behalf of Creditor    Home Point Financial f/k/a Stonegate Mortgage
               kbo@kkmllp.com,    nmm@kkmllp.com
              Nona  Ostrove    on behalf of Creditor    Kings Crossing Condominium Association
               nostrove@ostrovelaw.com
              Robert L. Saldutti    on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A.
               rsaldutti@salduttigollect.com, lmarciano@salduttigollect.com;kcollins@slgcollect.com
              Seymour  Wasserstrum    on behalf of Debtor Daneen  Winchester mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                              TOTAL: 11