Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−10034−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Daneen Winchester
  2102 E Oak Rd Unit L4
  Vineland, NJ 08360

Social Security No.:
  xxx−xx−9444

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 14, 2015.

On October 20, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                 November 29, 2017
Time:                 09:00 AM
Location:             Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 20, 2017
JAN: def

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 14-10034-ABA
Daneen Winchester    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Oct 20, 2017
                    Form ID: 185    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.

```
db             +Daneen Winchester,    2102 E Oak Rd Unit L4,    Vineland, NJ 08361-2555
cr             +HELMER, CONLEY, KASSELMAN, P.A.,    c/o Robert L. Saldutti, Esquire,    Saldutti, LLC,
                800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
cr             +Home Point Financial f/k/a Stonegate Mortgage,    Knuckles, Komosinski & Manfro, LLP,
                565 Taxter Road,    Suite 590,    Elmsford, NY 10523,    UNITED STATES 10523-2300
cr             +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
cr              Kings Crossing Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 8,
                Cherry Hill, NJ  08002
514454286      +Capital One Bank Usa,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
514454288       Helmer, Conley, Kasselman, P.A.,    900 Route 58 Suite D-5,    Turnersville, NJ  08012
514517965      +Helmer, Conley, Kasselman, P.A.,    Robert L. Saldutti, Esquire,
                800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
516956795      +Home Point Financial Corporation,    4849 Greenville Avenue, Suite 800,    Dallas, TX 75206-4191
516956796      +Home Point Financial Corporation,    4849 Greenville Avenue, Suite 800,    Dallas, TX 75206,
                Home Point Financial Corporation,    4849 Greenville Avenue, Suite 800,    Dallas, TX 75206-4191
514508611       JP MORGAN CHASE BANK, NA NATIONAL BANKRUPTCY DEPAR,    PO BOX 29505   AZ1-1191,
                PHOENIX,AZ 85038-9505
514454291      +Kings Crossing Condo Assoc,    C/O Simeone & Raynor, LLC,    1522 Route 38,
                Cherry Hill, NJ 08002-2216
514458362      +Kings Crossing Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 38,
                Cherry Hill, NJ 08002-2216
514454292      +NJ Office Of The Attorney General,    Richard J. Hughes Justice Complex,
                25 Market St P.O. Box 112,    Trenton, NJ 08625-0112
514454294     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State Of New Jersey,    Division Of Taxation,    P.O. Box 245,
                Trenton, NJ  08695)
514454293      +Saldutti, LLC,    800 N Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
514750462      +Stonegate Mortgage Corp.,    c/o Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road,
                Suite 590,    Elmsford, NY 10523-2300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:06      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr              E-mail/Text: cio.bncmail@irs.gov Oct 20 2017 23:04:38      IRS-Department of Treasury,
                955 S. Springfield Ave. Bldg. A,    Springfield, NJ  07081
514454287      +E-mail/Text: bk.notifications@jpmchase.com Oct 20 2017 23:04:50      Chase Auto Finane,
                P.O. Box 901076,    Ft Worth, TX 76101-2076
514454295      +E-mail/Text: bankandforeclose@stonegatemtg.com Oct 20 2017 23:05:35
                Stone Gate Mortgage Corp,    157 South Main St,    Mansfield, OH 44902-7955
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
cr*            +Stonegate Mortgage Corp.,    c/o Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road,
                Suite 590,    Elmsford, NY 10523-2300
514534037*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
514454290*     +Irs,   1601 Market St,    Philadelphia, PA 19103-2301
514454289*      Irs,   Special Procedure Branch,    P.O. Box 744,    Springfield, NJ  07081
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Oct 20, 2017
                              Form ID: 185             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corp. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corp. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corp. kbo@kkmllp.com,    nmm@kkmllp.com
          Karen B. Olson    on behalf of Creditor    Home Point Financial f/k/a Stonegate Mortgage
           kbo@kkmllp.com,    nmm@kkmllp.com
          Nona  Ostrove    on behalf of Creditor    Kings Crossing Condominium Association
           nostrove@ostrovelaw.com
          Robert L. Saldutti    on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A.
           rsaldutti@saldutticollect.com,    lmarciano@saldutticollect.com;kcollins@slgcollect.com
          Seymour  Wasserstrum    on behalf of Debtor Daneen  Winchester mylawyer7@aol.com,
           ecf@seymourlaw.net
                                                                                             TOTAL: 11
```