UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, NJ 08360
P: 856-696-8300
F: 856-696-3586
mylawyer7@aol.com

**Order Filed on October 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Daneen Winchester

| | |
|---|---|
| Case No.: | 14-10034 |
| Chapter: | 13 |
| Judge: | ABA |

# ORDER AUTHORIZING RETENTION OF

Eugene Keley

The relief set forth on the following page is **ORDERED**.

**DATED: October 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Eugene Kelly_____

as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Keller Williams
   1103 S. Delsea Drive
   Vineland, NJ 08360

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-10034-ABA
Daneen Winchester                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Oct 27, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db             +Daneen Winchester,    2102 E Oak Rd Unit L4,    Vineland, NJ 08361-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corp. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
         mortoncraigecf@gmail.com
        Joshua I. Goldman     on behalf of Creditor    Stonegate Mortgage Corp. jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Karen B. Olson     on behalf of Creditor    Stonegate Mortgage Corp. kbo@kkmllp.com,   nmm@kkmllp.com
        Karen B. Olson     on behalf of Creditor    Home Point Financial f/k/a Stonegate Mortgage
         kbo@kkmllp.com,   nmm@kkmllp.com
        Nona Ostrove     on behalf of Creditor    Kings Crossing Condominium Association
         nostrove@ostrovelaw.com
        Robert L. Saldutti     on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A.
         rsaldutti@salduttticollect.com,   lmarciano@salduttticollect.com;kcollins@slgcollect.com
        Seymour Wasserstrum     on behalf of Debtor Daneen Winchester mylawyer7@aol.com,
         ecf@seymourlaw.net
                                                                                          TOTAL: 11