Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  14–10034–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Daneen Winchester
  2102 E Oak Rd Unit L4
  Vineland, NJ 08360

Social Security No.:
  xxx–xx–9444

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 14, 2015.

On January 22, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                February 28, 2018
Time:                 09:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 22, 2018
JAN: def

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-10034-ABA
Daneen Winchester                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Jan 22, 2018
                              Form ID: 185             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
```
db          +Daneen Winchester,    2102 E Oak Rd Unit L4,    Vineland, NJ 08361-2555
r           +Eugene Kelly,    Keller Williams,    1103 S. Delsea Drive,    Vineland, NJ 08360-6263
cr          +HELMER, CONLEY, KASSELMAN, P.A.,    c/o Robert L. Saldutti, Esquire,    Saldutti, LLC,
              800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
cr          +Home Point Financial f/k/a Stonegate Mortgage,    Knuckles, Komosinski & Manfro, LLP,
              565 Taxter Road,    Suite 590,    Elmsford, NY 10523,    UNITED STATES 10523-2300
cr          +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
cr           Kings Crossing Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 8,
              Cherry Hill, NJ  08002
514454286   +Capital One Bank Usa,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
514454288    Helmer, Conley, Kasselman, P.A.,    900 Route 58 Suite D-5,    Turnersville, NJ  08012
514517965   +Helmer, Conley, Kasselman, P.A.,    Robert L. Saldutti, Esquire,
              800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
516956795   +Home Point Financial Corporation,    4849 Greenville Avenue, Suite 800,    Dallas, TX 75206-4191
516956796   +Home Point Financial Corporation,    4849 Greenville Avenue, Suite 800,    Dallas, TX 75206,
              Home Point Financial Corporation,    4849 Greenville Avenue, Suite 800,    Dallas, TX 75206-4191
514508611    JP MORGAN CHASE BANK, NA NATIONAL BANKRUPTCY DEPAR,    PO BOX 29505   AZ1-1191,
              PHOENIX,AZ 85038-9505
514454291   +Kings Crossing Condo Assoc,    C/O Simeone & Raynor, LLC,    1522 Route 38,
              Cherry Hill, NJ 08002-2216
514458362   +Kings Crossing Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 38,
              Cherry Hill, NJ 08002-2216
514454292   +NJ Office Of The Attorney General,    Richard J. Hughes Justice Complex,
              25 Market St P.O. Box 112,    Trenton, NJ 08625-0112
514454294  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,     Division Of Taxation,    P.O. Box 245,
              Trenton, NJ  08695)
514454293   +Saldutti, LLC,    800 N Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
514750462   +Stonegate Mortgage Corp.,    c/o Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road,
              Suite 590,    Elmsford, NY 10523-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 22 2018 23:32:38      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 22 2018 23:32:34      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr           E-mail/Text: cio.bncmail@irs.gov Jan 22 2018 23:32:03      IRS-Department of Treasury,
              955 S. Springfield Ave. Bldg. A,    Springfield, NJ  07081
514454287   +E-mail/Text: bk.notifications@jpmchase.com Jan 22 2018 23:32:23      Chase Auto Finane,
              P.O. Box 901076,    Ft Worth, TX 76101-2076
514454295   +E-mail/Text: bankandforeclose@stonegatemtg.com Jan 22 2018 23:33:18
              Stone Gate Mortgage Corp,    157 South Main St,    Mansfield, OH 44902-7955
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
cr*         +Stonegate Mortgage Corp.,    c/o Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road,
              Suite 590,    Elmsford, NY 10523-2300
514534037*   Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
514454290*  +Irs,   1601 Market St,    Philadelphia, PA 19103-2301
514454289*   Irs,    Special Procedure Branch,    P.O. Box 744,    Springfield, NJ  07081
                                                                                 TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jan 22, 2018
                              Form ID: 185             Total Noticed: 23
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corp. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

        John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

        Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corp. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

        Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corp. kbo@kkmllp.com, nmm@kkmllp.com

        Karen B. Olson    on behalf of Creditor    Home Point Financial f/k/a Stonegate Mortgage kbo@kkmllp.com, nmm@kkmllp.com

        Nona  Ostrove    on behalf of Creditor    Kings Crossing Condominium Association nostrove@ostrovelaw.com

        Robert L. Saldutti    on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A. rsaldutti@salduttiCollect.com, lmarciano@salduttiCollect.com;kcollins@slgcollect.com

        Seymour  Wasserstrum    on behalf of Debtor Daneen  Winchester mylawyer7@aol.com, ecf@seymourlaw.net

        TOTAL: 11