Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977

**Order Filed on March 1, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Daneen Winchester<br><br>Debtor(s) | Case No.: 14-10034 (ABA)<br><br>Hearing Date: 02/28/2018<br><br>Judge:    Andrew B. Altenburg, Jr. |

**ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: March 1, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Daneen Winchester
Case No.: 14-10034 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having

been held on the Confirmation of such Plan, and it appearing that the applicable provision of the

Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause

show, it is

**ORDERED** that the modified plan of the above named debtor, dated 01/22/2018, or the last

amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make

payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is

further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $120.00

**for a period of 11 months** beginning immediately, which payment shall include commission and

expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $16,126.21

paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30

days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's

Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be

dismissed.  The debtor shall have five days within which to file with the Court and serve upon

the Trustee a written objection to such Certification.

Page 3 of 3

Debtor: Daneen Winchester

Case No.: 14-10034 (ABA)

Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

Total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-10034-ABA
Daneen Winchester                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1          Date Rcvd: Mar 01, 2018
                           Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db              +Daneen Winchester,    2102 E Oak Rd Unit L4,    Vineland, NJ 08361-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor    Stonegate Mortgage Corp. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Joshua I. Goldman   on behalf of Creditor    Stonegate Mortgage Corp. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen B. Olson   on behalf of Creditor    Stonegate Mortgage Corp. kbo@kkmllp.com,  nmm@kkmllp.com
          Karen B. Olson   on behalf of Creditor    Home Point Financial f/k/a Stonegate Mortgage
           kbo@kkmllp.com,  nmm@kkmllp.com
          Nona Ostrove   on behalf of Creditor    Kings Crossing Condominium Association
           nostrove@ostrovelaw.com
          Robert L. Saldutti   on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A.
           rsaldutti@salduttticollect.com,  lmarciano@salduttticollect.com;kcollins@slgcollect.com
          Seymour Wasserstrum   on behalf of Debtor Daneen  Winchester mylawyer7@aol.com,
           ecf@seymourlaw.net

                                                                             TOTAL: 11