Form: ICB-19001-01 rev. 01

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-2(c) |
| Isabel C. Balboa |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ  08002-2977 |

**Order Filed on June 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 14-10034 (ABA) |
|---|---|
| Daneen Winchester | Hearing Date: 06/13/2018 |
| | Judge:    Andrew B. Altenburg, Jr. |
| Debtor(s) | |

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: June 14, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Daneen Winchester
Case No.: 14-10034 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 05/01/2018, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $120.00 **for a period of 8 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $17,422.21 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Daneen Winchester
Case No.: 14-10034 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

Total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:  
Daneen Winchester  
       Debtor

Case No. 14-10034-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 14, 2018  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.  
db    +Daneen Winchester,    2102 E Oak Rd Unit L4,    Vineland, NJ 08361-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:

    Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corp. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
    John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
    Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corp. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corp. kbo@kkmllp.com, nmm@kkmllp.com  
    Karen B. Olson    on behalf of Creditor    Home Point Financial f/k/a Stonegate Mortgage kbo@kkmllp.com, nmm@kkmllp.com  
    Nona Ostrove    on behalf of Creditor    Kings Crossing Condominium Association nostrove@ostrovelaw.com  
    Robert L. Saldutti    on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A. rsaldutti@salduttICollect.com, lmarciano@salduttICollect.com;kcollins@slgcollect.com  
    Seymour Wasserstrum    on behalf of Debtor Daneen Winchester mylawyer7@aol.com, ecf@seymourlaw.net

                                                                          TOTAL: 11