UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for King's Crossing Condominium Association, Inc.

**Order Filed on August 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:                                    Case No. 14-10034

                                          Adv. No.

Daneen Winchester

                                          Hearing Date:

                                          Judge: Andrew B. Altenburg, Jr.

**CONSENT ORDER RESOLVING MOTION FOR
RELIEF FROM STAY**

    The relief set forth on the following pages, numbered two (2) through _____ is

hereby **ORDERED.**

**DATED: August 31, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Daneen Winchester

Case No: 14-10034/ABA

Caption of Order: <u>CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY</u>

      Upon consideration of King's Crossing Condominium Association, Inc.'s motion/application for an order granting relief from the automatic stay and good cause appearing therefore, and the consent of all parties having been obtained it is hereby

      **ORDERED** that

1.    The Debtor, Daneen Winchester, shall remit a lump sum down payment towards the outstanding post petition balance due and owing through the July 15, 2018 monthly post petition fee to King's Crossing in the amount of $1,000.00 on or before July 31, 2018. The remaining post petition balance due in the amount of $1,254.00 through and including the July 1, 2018 monthly post petition assessment fee will be paid in six (6) monthly payments at $209.00 per month commencing August 1, 2018.

2.    Commencing August 1, 2018, the Debtor shall remit $345.00 per month to King's Crossing Condominium Association, Inc. Providing payments are paid accordingly, the payment shall be applied first to the on-going assessments due and owing to the association (currently $136.00/month) and the balance shall be applied towards the arrears set forth above.

3.    All payments are to be made payable to King's Crossing Condominium Association and sent directly to the following address:

King's Crossing Condominium Association, Inc.
c/o Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043

4. If the event the payments are not paid by the date set forth above or any subsequent payment should be more than thirty days late, King's Crossing Condominium Association, Inc. upon Certification of Default submitted by counsel for King's Crossing with fourteen days notice to the debtor's counsel, the Court shall enter an Order vacating the automatic stay and allowing King's Crossing to file personal suit for recovery of all post-petition sums due and all allowed methods to collect on any judgment obtained.

5. The debtor shall reimburse King's Crossing Condominium Association for legal fees in the amount of $350.00 plus costs of $181.00 through her Chapter 13 plan. The Trustee's office shall disburse the $531.00 payable to King's Crossing Condominium Association at the following address:

King's Crossing Condominium Association, Inc.
c/o Law Office of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ  08043

I hereby consent to the form and entry of the within Order

LAW OFFICES OF NONA L. OSTROVE, LLC
Attorneys for King's Condominium Association, Inc.

BY: */s/Nona L. Ostrove, Esq.*
    Nona L. Ostrove, Esq.

Law Offices of Seymour Wasserstrum
Attorney for Daneen Winchester

BY: */s/Gabrielle Nonnenberg-Reid, Esq.*
    Gabrielle Nonnenberg-Reid, Esq.

United States Bankruptcy Court
District of New Jersey

In re:
Daneen Winchester
    Debtor

Case No. 14-10034-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 31, 2018
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
db         +Daneen Winchester,    2102 E Oak Rd Unit L4,    Vineland, NJ 08361-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Stonegate Mortgage Corp. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Joshua I. Goldman    on behalf of Creditor    Stonegate Mortgage Corp. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
         Karen B. Olson    on behalf of Creditor    Stonegate Mortgage Corp. kbo@kkmllp.com, nmm@kkmllp.com
         Karen B. Olson    on behalf of Creditor    Home Point Financial f/k/a Stonegate Mortgage kbo@kkmllp.com, nmm@kkmllp.com
         Nona Ostrove    on behalf of Creditor    Kings Crossing Condominium Association nostrove@ostrovelaw.com
         Robert L. Saldutti    on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A. rsaldutti@salduttticollect.com, lmarciano@salduttticollect.com;kcollins@slgcollect.com
         Seymour Wasserstrum    on behalf of Debtor Daneen Winchester mylawyer7@aol.com, ecf@seymourlaw.net
      TOTAL: 11