| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Daneen Winchester <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9444 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–10034–ABA | |

# Order of Discharge                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Daneen Winchester

   12/12/18                                       **By the court:** Andrew B. Altenburg Jr.
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-10034-ABA
Daneen Winchester                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Dec 12, 2018
                               Form ID: 3180W           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db            +Daneen Winchester,    2102 E Oak Rd Unit L4,    Vineland, NJ 08361-2555
r             +Eugene Kelly,    Keller Williams,    1103 S. Delsea Drive,    Vineland, NJ 08360-6263
cr            +HELMER, CONLEY, KASSELMAN, P.A.,    c/o Robert L. Saldutti, Esquire,    Saldutti, LLC,
               800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
cr            +Home Point Financial f/k/a Stonegate Mortgage,    Knuckles, Komosinski & Manfro, LLP,
               565 Taxter Road,   Suite 590,    Elmsford, NY 10523,    UNITED STATES 10523-2300
cr            +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
cr             Kings Crossing Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 8,
               Cherry Hill, NJ  08002
514517965     +Helmer, Conley, Kasselman, P.A.,    Robert L. Saldutti, Esquire,
               800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
514454288      Helmer, Conley, Kasselman, P.A.,    900 Route 58 Suite D-5,    Turnersville, NJ  08012
516956795     +Home Point Financial Corporation,    4849 Greenville Avenue, Suite 800,    Dallas, TX 75206-4191
516956796     +Home Point Financial Corporation,    4849 Greenville Avenue, Suite 800,    Dallas, TX 75206,
               Home Point Financial Corporation,    4849 Greenville Avenue, Suite 800,    Dallas, TX 75206-4191
514508611      JP MORGAN CHASE BANK, NA NATIONAL BANKRUPTCY DEPAR,     PO BOX 29505  AZ1-1191,
               PHOENIX,AZ 85038-9505
514454291     +Kings Crossing Condo Assoc,    C/O Simeone & Raynor, LLC,    1522 Route 38,
               Cherry Hill, NJ 08002-2216
514458362     +Kings Crossing Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 38,
               Cherry Hill, NJ 08002-2216
514454292     +NJ Office Of The Attorney General,    Richard J. Hughes Justice Complex,
               25 Market St P.O. Box 112,    Trenton, NJ 08625-0112
514454294    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,    Division Of Taxation,    P.O. Box 245,
               Trenton, NJ  08695)
514454293     +Saldutti, LLC,    800 N Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
514750462     +Stonegate Mortgage Corp.,    c/o Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road,
               Suite 590,   Elmsford, NY 10523-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2018 00:51:54     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2018 00:51:52     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr             EDI: IRS.COM Dec 13 2018 05:30:00      IRS-Department of Treasury,
               955 S. Springfield Ave. Bldg. A,    Springfield, NJ  07081
514454286     +EDI: CAPITALONE.COM Dec 13 2018 05:30:00      Capital One Bank Usa,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
514454287     +EDI: CAUT.COM Dec 13 2018 05:28:00      Chase Auto Finane,    P.O. Box 901076,
               Ft Worth, TX 76101-2076
514454295     +E-mail/Text: bankandforeclose@stonegatemtg.com Dec 13 2018 00:52:22
               Stone Gate Mortgage Corp,    157 South Main St,    Mansfield, OH 44902-7955
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
cr*           +Stonegate Mortgage Corp.,    c/o Knuckles, Komosinski & Elliott, LLP,    565 Taxter Road,
               Suite 590,   Elmsford, NY 10523-2300
514534037*     Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
514454290*    +Irs,   1601 Market St,    Philadelphia, PA 19103-2301
514454289*     Irs,   Special Procedure Branch,    P.O. Box 744,   Springfield, NJ  07081
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Dec 12, 2018
                               Form ID: 3180W          Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor   Stonegate Mortgage Corp. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

        John R. Morton, Jr.    on behalf of Creditor   JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

        Joshua I. Goldman    on behalf of Creditor   Stonegate Mortgage Corp. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

        Karen B. Olson    on behalf of Creditor   Stonegate Mortgage Corp. kbo@kkmllp.com

        Karen B. Olson    on behalf of Creditor   Home Point Financial f/k/a Stonegate Mortgage kbo@kkmllp.com

        Nona  Ostrove    on behalf of Creditor   Kings Crossing Condominium Association nostrove@ostrovelaw.com

        Robert L. Saldutti    on behalf of Creditor   HELMER, CONLEY, KASSELMAN, P.A. rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;kcollins@slgcollect.com

        Seymour  Wasserstrum    on behalf of Debtor Daneen  Winchester mylawyer7@aol.com, ecf@seymourlaw.net

        TOTAL: 11